UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/12/2021
```

--------------------------------------------------------x
ELIZABETH RODRIGUEZ, :
                Plaintiff, :
                                            : **ORDER**
v. :
                                            : 21 CV 2075 (VB)
UNITED STATES OF AMERICA, :
                Defendant. :
--------------------------------------------------------x

      Under Rule 18 of the SDNY Rules for the Division of Business Among District Judges, a civil case <u>must</u> be designated for assignment to White Plains if:

    i.    The claim arose in whole or in major part in the Counties of Dutchess, Orange, Putnam, Rockland, Sullivan, or Westchester (the "Northern Counties") and at least one of the parties resides in the Northern Counties; or

    ii.    The claim arose in whole or in major part in the Northern Counties and none of the parties resides in this District.

A civil case <u>may</u> also be designated for assignment to White Plains if:

    iii.    The claim arose outside this district and at least some of the parties reside in the Northern Counties; or

    iv.    At least half of the parties reside in the Northern Counties.

      According to the complaint, the acts and omissions giving rise to this lawsuit all occurred at a facility operated by Urban Health Plan, Inc., located at 1065 Southern Boulevard, Bronx, New York. The complaint contains no allegations regarding plaintiff's residence. Accordingly, it appears that this case may have been improperly designated for assignment to the White Plains courthouse.

      By **March 19, 2021**, plaintiff's counsel is directed to submit a letter to the Court either acknowledging that this case should be transferred to Manhattan or explaining why the case is properly designated for assignment to White Plains under Rule 18.

Dated: March 12, 2021
       White Plains, NY

                                              SO ORDERED:

                                              _____
                                              Vincent L. Briccetti
                                              United States District Judge