USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/23/2021__

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

November 23, 2021

**VIA ECF**
The Honorable Steward D. Aaron
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

> Application GRANTED. The settlement conference scheduled for November 30, 2021 is adjourned *sine die*. No later than May 9, 2022 the parties shall file a joint letter setting forth proposed dates for the settlement conference to occur. SO ORDERED.
>
> Dated: November 23, 2021       /s/ Stewart D. Aaron

Re:   *Rodriguez v. United States et al.*, 21 Civ. 2075 (PAE)

Dear Judge Aaron:

This Office represents defendant United States of America (the "United States") in this medical malpractice case proceeding under the Federal Tort Claims Act ("FTCA"). I write on behalf of both parties to this action to respectfully request that the Court adjourn the settlement conference presently scheduled for November 30, 2021, at 2:00 p.m. (*See* Dkt. #19).

The parties make this request because after the settlement conference was scheduled, Plaintiff amended her complaint to add defendant Robert Solomon, MD. Dr. Solomon has not yet appeared in this action. Further, the parties have not yet advanced to a stage of discovery at which they are prepared to discuss settlement. This is the parties first request for an adjournment of the settlement conference. The parties respectfully request that the conference be adjourned to a date after the close of expert discovery on May 2, 2022.

I thank the Court for its consideration of this request.

Respectfully,

DAMIAN WILLIAMS
United States Attorney
Southern District of New York

By:   /s/ Tara Schwartz
TARA SCHWARTZ
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Tel: (212) 637-2633
Email: tara.schwartz@usdoj.gov

cc: Counsel for Plaintiff (by ECF)