UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ELIZABETH RODRIGUEZ, | | 21 Civ. 2075 (PAE) |
| Plaintiff, | | |
| -v- | | ORDER |
| UNITED STATES OF AMERICA, and ROBERT SOLOMON, MD, | | |
| Defendants. | | |

PAUL A. ENGELMAYER, District Judge:

    Due to an unavoidable conflict, the case management conference scheduled for June 28, 2022, is adjourned and rescheduled to July 11, 2022, at 10 a.m.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: June 22, 2022
       New York, New York