# LA SORSA & BENEVENTANO

GREGORY M. LA SORSA
THOMAS M. BENEVENTANO

ATTORNEYS AT LAW

2 WESTCHESTER PARK DRIVE, WHITE PLAINS, NEW YORK 10604
PHONE: 914-682-3300   FAX: 914-682-3740
Email: tmb@lasobenlaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/1/2022

July 1, 2022

## JOINT APPLICATION FOR ADJOURNMENT OF SETTLEMENT CONFERENCE

**Via ECF
and Via e-mail** Aaron_NYSDChambers@nysd.uscourts.gov

Hon. Stewart D. Aaron
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

ENDORSEMENT: Request GRANTED. The parties are directed to submit to Chambers an email providing three (3) alternative dates for an adjourned settlement conference.
SO ORDERED.

*/s/ Stewart D. Aaron*

Re:   Elizabeth Rodriguez v. United States of America et al.
       File No.: 21 Civ. 2075 (PAE)

Dear Judge Aaron:

   Please accept this letter as a joint application, requesting an adjournment of the Telephonic Settlement Conference, currently scheduled for July 13, 2022, at 2:00 p.m.

   The parties have made efforts to resolve the case while discovery is still ongoing. In that vein, a settlement offer has been made and rejected. Additionally, on June 30, 2022, Judge Engelmayer extended the completion/closure date for expert discovery until August 5, 2022.

   The parties agree that expert discovery needs to be completed for the Settlement Conference to be meaningful and productive. Accordingly, the parties are respectfully requesting that the Settlement Conference be adjourned until after the August 5, 2022 close of expert discovery.

Hon. Stewart D. Aaron
Elizabeth Rodriguez v. United States of America et al.
File No.: 21 Civ. 2075 (PAE)
Page 2

We thank the Court for its consideration of this request.

                    Respectfully,

                    La Sorsa & Beneventano

                    By: _____
                    Thomas M. Beneventano, Esq. (tmb7885)
                    Attorneys for Plaintiff
                    2 Westchester Park Drive
                    White Plains, New York 10604
                    (914) 682-3300
                    Fax (914) 682-3740

TMB/bg

cc: Tara Schwartz, Esq. (Via ECF)