UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ELIZABETH RODRIGUEZ,

                                    Plaintiff,

-v-

UNITED STATES OF AMERICA,
and ROBERT SOLOMON, MD,

                                   Defendants.

21 Civ. 2075 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On July 11, 2022, the Court held a case management conference in this case. At the conference, the Court extended the deadline for the close of expert discovery to August 19, 2022, and scheduled a case management conference for **September 23, 2022, at 10 a.m**.

The Court also, on the parties' consent, dismissed plaintiff's claims against Robert Solomon, MD—who has not been served, *see* Dkt. 62 (denying motion for default judgment on the ground that the wrong "Dr. Solomon" had been served)—without prejudice to her right to pursue such claims in a separate action against the actual Dr. Solomon alleged to have treated plaintiff.

The Clerk of Court is respectfully directed to terminate Robert Solomon, MD as a party.

SO ORDERED.

                                                                     *Paul A. Engelmayer*
                                                                   PAUL A. ENGELMAYER
                                                                   United States District Judge

Dated: July 11, 2022
       New York, New York